IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -2 PM 4: 15

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF T MEMPHIS

| | |
|---|---|
| TONYA E. STOREY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2792 BP |
| ) | |
| LABCORP (LABORATORY CORPORATION ) | |
| OF AMERICA), ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING ENLARGEMENT OF TIME FOR DEFENDANT TO PLEAD OR RESPOND TO COMPLAINT

Upon Motion of Defendant, and for good cause shown, and Plaintiff's counsel having consented on behalf of Plaintiff, the Motion of Defendant for enlargement of time to serve its pleading, motion, or other response to the Complaint, through and including January 5, 2006, is hereby **GRANTED**.

IT IS SO ORDERED this 2 day of December, 2005.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

MEMPHIS 183580v1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-5-05

5

(3)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02792 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Patricia T. Bartis
PARKER POE ADAMS & BERNSTEIN, LLP
1400 Wachovia Capitol Center
P.O. Box 389
Raleigh, NC 27602--038

Sarah L. Ford
PARKER POE ADAMS & BERNSTEIN, LLP
1400 Wachovia Capitol Center
P.O. Box 389
Raleigh, NC 27602--038

Jessica A. Neal
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT